UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD J. SWANSON,

    Plaintiff,

v.                                               Case No. 1:16-cv-1318
                                               Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

    **IT IS SO ORDERED**.


Dated: March 29, 2018                         /s/ Ray Kent
                                               United States Magistrate Judge